## P. HAGERTY SHOE CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 16023.   Promulgated March 22, 1929.

*James O. Tripp, Esq.*, for the petitioner.
*T. M. Mather, Esq.*, for the respondent.

OPINION.

Love: We have heretofore held in *L. S. Ayers & Co.*, 1 B. T. A. 1135, that the invested capital of a corporation may not be reduced in determining the extent to which dividends are paid from current earnings by a " tentative tax " theoretically set aside out of such earnings and prorated over the year.

*Judgment will be entered under Rule 50.*